**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 03-6112**

————————

SIMARON D. HILL,

                              Petitioner - Appellant,

          versus

THEODIS  BECK,  Secretary  of  North  Carolina
Department of Corrections,

                              Respondent - Appellee.

————————

Appeal  from  the  United  States  District  Court  for  the  Middle
District of North Carolina, at Durham.   James A. Beaty, District
Judge.  (CA-01-801-1)

————————

Submitted:  April 3, 2003            Decided:  May 1, 2003

————————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

————————

Dismissed by unpublished per curiam opinion.

————————

Simaron D. Hill, Appellant Pro Se.  Sandra Wallace-Smith, Assistant
Attorney General, Raleigh, North Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Simaron D. Hill, a state prisoner, seeks to appeal the district court's order accepting the magistrate judge's recommendation and denying relief on his 28 U.S.C. § 2254 (2000) petition. An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000); see Rose v. Lee, 252 F.3d 676, 683 (4th Cir.), cert. denied, 534 U.S. 941 (2001). We have independently reviewed the record and conclude that Hill has not made the requisite showing. See Miller-El v. Cockrell, 123 S. Ct. 1029 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2